**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6352**

---

NATHANIEL JONES,

                                        Petitioner - Appellant,

        versus

RONALD J. ANGELONE,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-95-793-AM)

---

Submitted: January 23, 1997        Decided: January 31, 1997

---

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Nathaniel Jones, Appellant Pro Se. Thomas Cauthorne Daniel, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), <u>amended by</u> Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal; to the extent that a certificate of appealability is required, we deny such a certificate. We dismiss the appeal on the reasoning of the district court. <u>Jones v. Angelone</u>, No. CA-95-793-AM (E.D. Va. Feb. 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>